**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Charles STURDIVANT, Appellant.**

Supreme Court of Pennsylvania.

Submitted Jan. 20, 1981.

Decided Oct. 30, 1981.

Robert B. Mozenter, Philadelphia, for appellant.

Robert B. Lawler, Chief, Appeals Div., James Jordan, Philadelphia, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## ORDER

PER CURIAM.

The judgment of sentence is affirmed.